**DAVID M.C. PETERSON**
California Bar No. Pending
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:     (619) 234-8467
Facsimile:     (619) 687-2666
Email:         David_Peterson@fd.org

Attorneys for Defendant Aceves-Iniestra

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JESUS ACEVES-INIESTRA,<br><br>　　　　Defendant. | CASE NO. 08MJ0171<br><br>**NOTICE OF APPEARANCE** |

　　　　Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


Dated:  January 29, 2008　　　　　　　　　　　*/s/ DAVID M. C. PETERSON*
　　　　　　　　　　　　　　　　　　　　　　　DAVID M.C. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 29, 2008      /s/ *DAVID M. C. PETERSON*
              DAVID M.C. PETERSON
              Federal Defenders of San Diego, Inc.
              225 Broadway, Suite 900
              San Diego, CA  92101-5030
              (619) 234-8467  (tel)
              (619) 687-2666  (fax)
              David_Peterson@fd.org (email)